**Marie Tuczynski, appellee, v. Frank Jendryzek, appellant. Gen. No. 26,937.**

Action to recover possession of store premises rented by defendant,

Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry Olson, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed January 23, 1922.

Max C. Liss, for appellant. Jacob Brisgall and Sidney B. Meyer, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.